Jeffrey L. Bornstein (SBN 99358)
Patrice N. Harper (SBN 225573)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
55 Second Street, Suite 1700
San Francisco, California 94105
Telephone: 415.249.1000
Facsimile: 415.882.8220

Attorneys for Defendant
DANNY LORAY TURNER

Garth Hire (SBN 187330)
Assistant United States Attorney
1301 Clay Street, Suite 340-S
Oakland, Cal 94612-5217
Telephone: (510) 637-3929
Facsimile: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANNY LORAY TURNER,<br><br>Defendant. | Case No. CR06-00661 MJJ<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING SENTENCING<br>HEARING**<br><br>[Assigned to Martin J. Jenkins] |

Subject to this Courts' approval the parties stipulate that the sentencing hearing that is currently scheduled for March 30, 2007 be continued to May 3, 2007 in San Francisco. The purpose of this continuance is to give the defendant's expert witness additional time to complete his work sufficiently in advance of sentencing.

-1-

STIPULATION AND PROPOSED EXCLUDING TIME UNDER SPEEDY TRIAL ACT

| | | |
|---|---|---|
| 1 | Dated: March 13, 2007 | Respectfully submitted, |
| 2 | | KIRKPATRICK & LOCKHART |
| 3 | | NICHOLSON GRAHAM LLP |
| 4 | | |
| 5 | | By: _____ |
| 6 | | Jeffrey L. Bornstein |
| | | Attorney for Defendant |
| 7 | Dated: March 7, 2007 | DANNY LORAY TURNER |
| 8 | | SCOTT SCHOOLS |
| | | United States Attorney |

By: _____
Garth Hire
Assistant United States Attorney

Approved:

_____
Jessica Goldsberry
US Probation Officer

### ORDER

For good cause shown, the Court HEREBY ORDERS that the parties further stipulate that any objection to the initial presentence report shall be due on or before March 28, 2007. The Probation officer has no objection to this request. Sentencing is currently scheduled for March 30, 2007 shall be continued to May 3, 2007 in San Francisco at 2:30 p.m.

DATED: 3/13, 2007

_____
Honorable Martin J. Jenkins
United States District Judge

-2-

STIPULATION AND PROPOSED EXCLUDING TIME UNDER SPEEDY TRIAL ACT