1  Jeffrey L. Bornstein – 99358
   K&L GATES LLP
2  4 Embarcadero Center, Suite 1200
   San Francisco, CA 94111
3  Telephone: 415.882.8200
   Facsimile: 415.882.8220
4
   Attorneys for Defendant DANNY LORAY TURNER
5

6

7

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-06-00661 SBA [DMR] |
| Plaintiffs, | **STIPULATION AND ORDER TO RECALL ARREST WARRANT** |
| v. | |
| DANNY LORAY TURNER, | |
| Defendants. | |

1 | On December 17, 2010, the Court issued an arrest warrant at the request of United States Probation Officer Mark Messner based on the filing of a Form 12. Defendant Danny Turner appeared before this Court on January 11, 2011 without having been arrested. After a hearing, the Court ordered that Mr. Turner be released on various conditions described in this Court's Order filed after the hearing. Following the hearing, the arrest warrant was mistakenly not removed from the system. As a result, the Contra Costa Sheriff's Office arrested Mr. Turner this morning.

Based on the foregoing, it is hereby Stipulated that the arrest warrant previously issued by the Court is withdrawn. The United States Marshal is directed to ensure that the warrant is removed and recalled from the system and that the authorities in Contra Costa County are informed that Mr. Turner should be released forthwith.

IT IS SO STIPULATED.

Respectfully submitted,

UNITED STATES ATTORNEY'S OFFICE

Dated: January 21, 2011           By:      */s/ Garth Hire*
                                           Garth Hire
                                           Assistant United States Attorney


K&L GATES LLP


Dated: January 21, 2011           By:      */s/ Jeffrey L. Bornstein*
                                           Jeffrey L. Bornstein
                                           Attorneys for Defendant DANNY LORAY TURNER

## ECF ATTESTATION

I, Jeffrey L. Bornstein, attest that concurrence in e-filing this **STIPULATION AND [PROPOSED] ORDER TO RECALL ARREST WARRANT** has been obtained from signatory Garth Hire, in compliance with General Order 45, X.B.

K&L GATES LLP

Dated:  January 21, 2011         By:    */s/  Jeffrey L. Bornstein*
                                        Jeffrey L. Bornstein
                                        Attorneys for Defendant DANNY LORAY TURNER

## ORDER

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that the arrest warrant previously issued by the Court is hereby withdrawn.  The United States Marshal is directed to ensure that the warrant is removed and recalled from the system and that the authorities in Contra Costa County are informed that Mr. Turner should be released forthwith.

**IT IS SO ORDERED.**

Dated: January  21 , 2011         By:  _____
                                       Magistrate Judge Donna M. Ryu